# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>D. PEREZ,<br><br>    Defendant. | Case No. 1:19-cv-01638-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S LETTER TO THE COURT AS UNSIGNED<br><br>(ECF No. 8) |

Plaintiff Ricky L. Brown is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 14, 2020, Plaintiff filed a letter requesting that the Court provide an explanation of how money is being deducted from his account pursuant to the Court's November 27, 2019 order granting Plaintiff's application to proceed *in forma pauperis*. (ECF No. 8.)

However, both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions, and papers be signed by at least one attorney of record or, if the party is unrepresented by counsel, by the party themselves. Fed. R. Civ. P. 11(a); Local Rule 131(b). In this case, since Plaintiff is unrepresented by counsel and Plaintiff failed to sign his letter, Plaintiff's letter must be stricken from the record.

Additionally, Plaintiff is informed that any future requests for a court order must be made in a motion, not in a letter. Fed. R. Civ. P. 7(b). Future letters to the Court will be disregarded.

1

Accordingly, it is HEREBY ORDERED that Plaintiff's February 14, 2020 letter to the Court, (ECF No. 8), is STRICKEN from the record.

IT IS SO ORDERED.

Dated: **February 21, 2020**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE