UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. PEREZ,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01638-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**<br><br>(Doc. 25) |

Before the Court is Plaintiff's motion to compel responses to his discovery requests and settlement demand letter. (Doc. 25.) For the reasons set forth below, the Court denies the motion.

**I.　LEGAL STANDARDS**

Parties may seek "discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). Within this general scope, a party may serve on any other party an interrogatory, a request to admit the truth of a matter, or a request to produce documents, electronically stored information, or tangible things. Fed. R. Civ. P. 33(a), 34(a), 36(a). Pursuant to the Court's Discovery and Scheduling Order, "[r]esponses to written discovery requests shall be due 45 days" after the requests are served. (Doc. 24 at 2.)

If a party fails to answer to an interrogatory or a request for admission or to produce requested documents, the party seeking discovery may file a motion with the Court to compel a

1  response. Fed. R. Civ. P. 37(a)(3)(B). The moving party must "state the relief sought" and
2  provide "with particularity the grounds for seeking" the relief. Fed. R. Civ. P. 7(b)(1). Generally,
3  the moving party must certify that she has conferred or attempted to confer in good faith with the
4  responding party to resolve the dispute without court action. Fed. R. Civ. P. 37(a)(1); Local Rule
5  251(b). However, in prisoner cases involving *pro se* plaintiffs, the meet-and-confer requirements
6  of Rule 37 and Local Rule 251 do not apply, though they are still encouraged. (*See* Doc. 32 at 2.)

**II.  DISCUSSION**

The Plaintiff asserts that Defendant failed to timely respond to his interrogatories, requests for admission, and requests for production. (*See* Doc. 25 at 1.) Plaintiff served these discovery requests on Defendant on September 28, 2020. (*Id.*) Applying the 45 days provided by the Court's Discovery and Scheduling Order, as well as the additional time afforded by Federal Rules of Civil Procedure 6(a) and 6(d), Defendant's responses to Plaintiff's discovery requests were due on November 16, 2020. Plaintiff's motion to compel is dated November 16, 2020. (Doc. 25 at 2.) The Court filed the motion on November 20, 2020.

In his opposition to Plaintiff's motion, Defendant states that he served responses to Plaintiff's discovery requests on November 16, 2020. (Doc. 28 at 3.) Defendant attaches to his opposition copies of his responses, as well as a proof of service, which are all dated November 16, 2020. (*Id.* at 23, 29, 38, 71, 72.) Plaintiff did not file a reply challenging Defendant's contention that he served responses to Plaintiff's discovery requests on November 16, 2020.

Based on the foregoing, Plaintiff's motion to compel was filed prematurely. Defendant served his responses within the time provided by the Court. Accordingly, the Court will deny Plaintiff's motion to compel discovery responses.

Plaintiff also contends that he mailed a letter with a settlement demand to Defendant on September 3, 2020. (Doc. 25 at 2.) He attaches a copy of the letter to his motion. (*Id.* at 12-13.) In his opposition, Defendant contends that he plans to respond to the letter in due course. (Doc. 28 at 4.)

The Court is not aware of any authority that requires Defendant to respond to a settlement demand. In his letter, Plaintiff cited to a court order in this regard. (Doc. 25 at 12.) The only

relevant order of which the Court is aware is its order referring this case to alternative dispute resolution. (Doc. 17.) However, therein, the Court did not order the parties to exchange or respond to settlement demands or offers. The Court will therefore deny Plaintiff's motion to compel a response to his settlement demand letter.

### III. ORDER

For the reasons set forth above, the Court **DENIES** Plaintiff's motion to compel.

IT IS SO ORDERED.

Dated:   **January 12, 2021**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE