UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>D. PEREZ,<br><br>        Defendant. | Case No. 1:19-cv-01638-DAD-JLT (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY AND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Docs. 27, 31) |

      On November 24, 2020, Defendant filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust administrative remedies prior to filing suit. (Doc. 26.) On that same date, Defendant filed a motion to stay non-exhaustion-related discovery until after the Court rules on his motion for summary judgment. (Doc. 27.) On January 11, 2021, Defendant filed a motion to vacate the discovery and dispositive motion deadlines. (Doc. 31.) Plaintiff has not filed a response to Defendant's motion to stay non-exhaustion-related discovery, and the time to do so has passed. *See* Local Rule 230(l). The time for Plaintiff to file an opposition or a statement of non-opposition to Defendant's motion to vacate the discovery and dispositive motion deadlines has not yet passed; however, the Court finds neither necessary here.

///

///

///

Good cause appearing, the Court GRANTS Defendant's motions (Docs. 27, 31). The Court STAYS discovery in this matter, except for discovery pertaining to exhaustion of administrative remedies, until the Court rules on Defendant's exhaustion-based motion for summary judgment. The Court also VACATES the discovery and dispositive motion deadlines, to be reset if and when appropriate. All other deadlines remain in effect

IT IS SO ORDERED.

Dated:   **January 19, 2021**             /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE