UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. PEREZ,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01638-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO LIFT STAY OF DISCOVERY**<br><br>(Doc. 38) |

On January 20, 2021, the Court granted Defendant's motion to stay discovery until it rules on his pending, exhaustion-based motion for summary judgment. (Doc. 33.) Plaintiff now moves to lift the stay of discovery because "CDCR has amended its policy [regarding] excessive force." (Doc. 38.) However, Plaintiff does not explain how the amendment pertains to the issue of exhaustion or, generally, why discovery should resume before Defendant's motion challenging exhaustion is resolved. In the event that the Court denies Defendant's motion, the Court will lift the stay and Plaintiff will be able to resume discovery at that point. Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

　Dated:　**March 23, 2021**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE