UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>D. PEREZ,<br><br>　　　　　　Defendant. | No.  1:19-cv-01638-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 40) |

　　　　Plaintiff Rickey L. Brown is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 24, 2020, defendant Perez filed a motion for summary judgment on the grounds that plaintiff failed to exhaust his administrative remedies prior to filing suit, as required by the Prisoner Litigation Reform Act ("PLRA").  (Doc. No. 26.)  Plaintiff filed an opposition to defendant's motion on January 21, 2021.  (Doc. No. 34.)  Defendant then filed a reply on January 28, 2021.  (Doc. No. 35.)

　　　　On August 6, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion for summary judgment be granted.  (Doc. No. 40.)  The magistrate judge concluded that the uncontested facts demonstrate that plaintiff failed to properly exhaust the claims underlying this case, as required by the PLRA.  (*Id.* at 5.)  The findings and

1 recommendations were served on plaintiff and contained notice that any objections thereto were
2 to be filed within twenty-one (21) days. (*Id.* at 5–6.) On September 27, 2021, plaintiff filed
3 objections. (Doc. No. 42.) Therein, plaintiff repeats the allegations and arguments contained in
4 his complaint and his opposition to the pending motion for summary judgment, which the
5 magistrate judge fully and properly addressed in the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 6, 2021 (Doc. No. 40) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 26) is granted;
3. This case is dismissed due to plaintiff's failure to exhaust administrative remedies prior to filing suit; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 29, 2021**    *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2